[2 NE3d 928, 979 NYS2d 559]

In the Matter of DAVID H. DALTON, II, Respondent, v AKRON CENTRAL SCHOOLS, Appellant.

Decided December 10, 2013

### APPEARANCES OF COUNSEL

*Congdon, Flaherty, O'Callaghan, Reid, Donlon, Travis & Fishlinger*, Uniondale (*Gregory A. Cascino* of counsel), for appellant.

*Lipsitz, Greene, Scime, Cambria, LLP*, Buffalo (*John A. Collins* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs. The courts below did not abuse their discretion in granting claimant's application to file and serve a late notice of claim (*see Williams v Nassau County Med. Ctr.*, 6 NY3d 531 [2006]).

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.